## ROBERT ABBOTT *versus* JAMES MAY, WILLIAM WOOD-BRIDGE AND JOSEPH BEAUBIEN, SR.

JOURNAL ENTRIES (1821–22): *Chancery Journal:* (1) Motion for leave to amend bill, etc. *p. 20. *Journal 3:* (2) Leave to amend bill, etc., granted *p. 251; (3) dismissed *p. 295. *Chancery Journal:* Discontinued *p. 54.
PAPERS IN FILE: (1) Bill of complaint; (2) precipe for copy of bill of complaint; (3) dismissal.
*Chancery Case* 18 of 1821.

## THOMAS SMITH *versus* JOHN McDONELL

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Cognovit, judgment *p. 251-a; (2) motion for leave to file motion to quash execution *p. 306.
PAPERS IN FILE: (1) Warrant to confess judgment; (2) "plea" of cognovit; (3) precipe for execution fi. fa.; (4) writ of fi. fa. and return; (5) precipe for alias "execution" to sell property; (6) memo. of papers wanted in court; (7) precipe for venditioni exponas; (8) writ of "execution."
*1821 Calendar*, MS p. 119. Recorded in *Book A*, MS pp. 284–86.